57 A.3d 640

**Lawrence Marvin WILSON, Petitioner**

v.

**PHILADELPHIA COURT OF COMMON PLEAS, Respondent.**

**No. 175 EM 2012.**

Supreme Court of Pennsylvania.

Dec. 12, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 12th day of December, 2012, the Application for Leave to File Original Process is **GRANTED**. The Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED** to the extent it requests extraordinary relief, and is **GRANTED** to the extent it requests mandamus relief. The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's pending filings within 90 days of this order.